DEFENDANT: EDGAR ROSARIO MILLAN-PEREZ

YOB DEFENDANT: 1980

OFFENSE(S): COUNT 1: 21 U.S.C. § 841(a)(1), (b)(1)(A)(ii)(II), possession with intent to distribute 5 kilograms and more of a mixture or substance containing cocaine, its salts, optical and geometric isomers, and salts of its isomers, a Schedule II controlled substance

LOCATION OF OFFENSE: Adams County, Colorado

PENALTY: COUNT 1: NLT 10 years and NMT life imprisonment; NMT $10,000,000 fine; NLT 5 years and NMT life supervised release; $100 special assessment fee

AGENT: Tyler Jenkins
Special Agent, Drug Enforcement Administration

AUTHORIZED BY: Alyssa Christine Mance
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

___ five days or less   _X_ over five days   ___ other

THE GOVERNMENT

_X_ will seek detention in this case pursuant to 18 U.S.C. § 3142(f)(1) and (2)

The statutory presumption of detention **is** applicable to this defendant pursuant to 18 U.S.C. § 3142(e)(3)(A).